DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

THOMAS E. MACKEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-3082

_____

February 20, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Thomas E. Mackey, pro se.


PER CURIAM.

    Affirmed.

LUCAS, C.J., and KELLY and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.